**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SYMBOL TECHNOLOGIES, INC., )
a Delaware corporation, and WIRELESS )
VALLEY COMMUNICATIONS, INC., )
a Delaware corporation, )
)                    C.A. No. _____
Plaintiffs, )
)
v. )                    **JURY DEMANDED**
)
ARUBA NETWORKS, INC., )
a Delaware corporation, )
)
Defendant. )

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Symbol Technologies, Inc., by its undersigned attorneys, states that Motorola, Inc. is its parent corporation, and that Motorola, Inc. owns 100% of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Wireless Valley Communications, Inc., by its undersigned attorneys, states that Motorola, Inc. is its parent corporation, and that Motorola, Inc. owns 100% of its stock.

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000

Date: August 27, 2007
809735 / 32106

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs Symbol Technologies,*
*Inc. and Wireless Valley Communications, Inc.*