IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-519-JJF |
| v. | ) ) ) | **JURY DEMANDED** |
| ARUBA NETWORKS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Eric J. Lobenfeld, Ira J. Schaefer, Lawrence Brocchini and Arun Chandra of Hogan & Hartson L.L.P., 875 Third Avenue, New York, NY 10022 to represent plaintiffs Symbol Technologies, Inc. and Wireless Valley Communications, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19889-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: September 5, 2007
809603 / 32106

*Attorneys for Plaintiffs Symbol Technologies, Inc. and Wireless Valley Communications, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                    _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 5, 2007     Signed:     */s/ Eric J. Lobenfeld*
Eric J. Lobenfeld
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000
ejlobenfeld@hhlaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 5, 2007     Signed:     /s/ Ira J. Schaefer
                                        Ira J. Schaefer
                                        Hogan & Hartson L.L.P.
                                        875 Third Avenue
                                        New York, NY 10022
                                        (212) 918-3000
                                        ijschaefer@hhlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court
    ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 5, 2007    Signed:    */s/ Arun Chandra*
                                                            Arun Chandra
                                                            Hogan & Hartson L.L.P.
                                                            875 Third Avenue
                                                           New York, NY 10022
                                                           (212) 918-3000
                                                           achandra@hhlaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court
  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 5, 2007  Signed:  */s/ Lawrence V. Brocchini*
                Lawrence V. Brocchini
                Hogan & Hartson L.L.P.
                875 Third Avenue
                New York, NY 10022
                (212) 918-3000
                lbrocchini@hhlaw.com

# CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 5, 2007, a true and correct copy of the within document was caused to be served on the following addresses as indicated:

**VIA FIRST CLASS MAIL**

Aruba Networks, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

816924 / 32106