IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>ARUBA NETWORKS, INC., a Delaware corporation, <br><br>Defendant. | C.A. No.: 07-519-JJF <br><br>**JURY DEMANDED** |

## NOTICE OF EXTENSION

PLEASE TAKE NOTICE that Plaintiffs Symbol Technologies, Inc. and Wireless Valley Communications, Inc., by their counsel, have given Defendant Aruba Networks, Inc. an extension until October 17, 2007 to answer, move, or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000

Date: September 14, 2007
818935 / 32106

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs*
*Symbol Technologies, Inc. and*
*Wireless Valley Communications, Inc.*