IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARUBA NETWORKS, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-519-JJF<br>)<br>)<br>)  **JURY DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to October 17, 2007.

| POTTER ANDERSON & CORROON LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: _/s/ Richard L. Horwitz_<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*Symbol Technologies, Inc. and*<br>*Wireless Valley Communications, Inc.* | By: _/s/ Vernon M. Winters_<br>    Matthew D. Powers[1]<br>    Vernon M. Winters<br>    201 Redwood Shores Parkway<br>    Redwood Shores, CA 94065<br>    Tel: (650) 802-3000<br>    matthew.powers@weil.com<br>    vernon.winters@weil.com<br><br>*Attorneys for Defendant*<br>*Aruba Networks, Inc.* |

---

[1] Counsel for Aruba are in the process of engaging Delaware counsel and will submit *pro hac vice* applications to this Court.

## ORDER

Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to October 17, 2007.

**SO ORDERED** this ___ day of _____, 2007

_____

820325 / 32106