IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARUBA NETWORKS, INC., a Delaware corporation, <br><br> Defendant. | C.A. No. 07-519-JJF <br><br> **JURY DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiffs' time to respond to Defendant's Counterclaim is extended to December 10, 2007.

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs*

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com

*Attorneys for Defendant*

**SO ORDERED** this ___ day of _____, 2007

_____
U.S.D.J.

826550/32106