IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARUBA NETWORKS, INC.,<br><br>　　　　　Defendant. | C.A. NO. 07-519-JJF |

## ARUBA NETWORKS INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Defendant Aruba Networks, Inc., by its undersigned counsel, states that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

_[signature]_

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

*Attorneys for Defendant and Counter-Claimant*
*ARUBA NETWORKS, INC.*

Of Counsel:

MATTHEW D. POWERS
VERNON M. WINTERS
BRANDON C. CONARD
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

PAUL E. TORCHIA
ETAI LAHAV
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

Dated: December 4, 2007

RLF1-3230061-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. N. Market Street
Wilmington, DE 19801

I hereby certify that on December 4, 2007 I transmitted the document by Federal Express to the following non-registered participant:

**VIA FEDERAL EXPRESS**
Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3213580-1