IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ARUBA NETWORKS, INC., a Delaware corporation,<br><br>Defendant/Counterclaim Plaintiff. | C.A. No. 07-519-JJF<br><br>**JURY DEMANDED** |

**JOINT MOTION OF SYMBOL TECHNOLOGIES, INC. AND WIRELESS VALLEY COMMUNICATIONS, INC. (1) TO STRIKE THE FIFTH, SIXTH, AND NINTH DEFENSES AND INTRODUCTION; AND (2) DISMISS, IN PART, COUNT SIX OF ARUBA'S COUNTERCLAIMS**

Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, Plaintiffs Symbol Technologies, Inc. and Wireless Valley Communications, Inc. hereby respectfully move to strike, as legally deficient and/or improper, defendant Aruba Networks, Inc.'s ("Defendant" or "Aruba"), purported affirmative defenses to Plaintiffs' infringement claims of equitable estoppel (Fifth Defense) and laches (Sixth Defense); one of its inequitable conduct defenses (Ninth Defense) and related counterclaim (Count 6); and its so-called Introduction and Summary, all set forth in Aruba's October 17, 2007 Answer and Counterclaims.

The grounds for this motion are set forth in Symbol Technologies, Inc.'s And Wireless Valley Communications, Inc.'s Memorandum Of Points And Authorities In Support Of Their Joint Motion (1) To Strike The Fifth, Sixth, And Ninth Defenses And Introduction; And (2) Dismiss, In Part, Count Six Of Aruba's Counterclaims, filed contemporaneously herewith.

                        Respectfully submitted,

                        POTTER ANDERSON & CORROON LLP

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
(212) 918-3000

Dated:  December 10, 2007

836518 / 32106

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiffs*
*Symbol Technologies, Inc. and Wireless Valley*
*Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 10, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 10, 2007, I have Electronically Mailed the document to the following person(s):

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
cottrell@rlf.com

Matthew D. Powers
Vernon M. Winters
Brandon C. Conard
Jason D. Kipnis
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
vernon.winters@weil.com
brandon.conard@weil.com
jason.kipnis@weil.com

Paul E. Torchia
Etai Lahav
Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
paul.torchia@weil.com
etai.lahav@weil.com
nicholas.groombridge@weil.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

816924 / 32106

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware corporation, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ARUBA NETWORKS, INC., a Delaware corporation, <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-519-JJF <br><br> **JURY DEMANDED** |

## ORDER

Having considered the **JOINT MOTION OF SYMBOL TECHNOLOGIES, INC. AND WIRELESS VALLEY COMMUNICATIONS, INC. (1) TO STRIKE THE FIFTH, SIXTH, AND NINTH DEFENSES AND INTRODUCTION; AND (2) DISMISS, IN PART, COUNT SIX OF ARUBA'S COUNTERCLAIMS;**

IT IS HEREBY ORDERED this _____ day of _____, 200__ that the Joint Motion is GRANTED .

_____
United States District Judge

836518 / 32106