IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware Corporation,<br><br>  Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ARUBA NETWORKS, INC., a Delaware Corporation,<br><br>  Defendant and Counter-Claimant. | )<br>)<br>)<br>)<br>)  C. A. No. 07-519-JJF<br>)<br>)<br>)<br>)  JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to respond to Plaintiffs' Joint Motion To Strike the Fifth, Sixth, and Ninth Defenses And Introduction; And Dismiss, In Part, Count Six Of Aruba's Counterclaims (D.I. 13) is extended to January 7, 2008 and Plaintiffs' time to reply is extended to January 22, 2008.

/s/David E. Moore
Richard L. Horowitz, (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19807
(T) 302-984-6000
rhorowitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Plaintiffs*

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O Box 551
Wilmington, Delaware 19899
(T) 302-651-7700
cottrell@rlf.com
*Attorney for Defendant*

**SO ORDERED** this _____ day of _____, 2007

_____
U.S.D.J

RLF1-3233461-1