IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARUBA NETWORKS, INC., <br><br> Defendant. | C. A. No. 07-519-JJF |

### DEFENDANT ARUBA NETWORKS, INC.'S MOTION TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT

Defendant Aruba Networks, Inc. hereby moves the Court for an order to stay the above-captioned action pending reexamination of the patents-in-suit. The grounds for this Motion are set forth in Aruba Networks, Inc.'s Opening Brief In Support Of The Motion To Stay Pending Reexamination Of The Patents-In-Suit and the Declaration Of Etai Lahav In Support Of Aruba Networks, Inc.'s Motion To Stay Pending Reexamination Of The Patents-In-Suit filed contemporaneously herewith.

Of Counsel:

Matthew D. Powers
Brandon C. Conrad
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Nicholas Groombridge
Paul E. Torchia
Etai Lahav
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

Dated: April 4, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

*Attorney for Defendant*
*ARUBA NETWORKS, INC.*

RLF1-3269366-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3269366-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARUBA NETWORKS, INC., <br><br> Defendant. | C. A. No. 07-519-JJF |

### [PROPOSED] ORDER

WHEREAS, the Court having considered the parties' briefs and arguments in support of and opposition to Defendant Aruba Networks, Inc.'s Motion to Stay Pending Reexamination of the Patents-in-Suit,

IT IS HEREBY ORDERED that:

1) Aruba Networks, Inc.'s Motion To Stay Pending Reexamination Of The Patents-In-Suit is **GRANTED**;

2) The above-captioned action is STAYED pending conclusion of the reexamination proceedings in the United States Patent and Trademark Office of United States Patent Nos. 7,173,922; 7,173,923; 6,625,454; and 6,973,622.

Dated: _____                    _____
                                                  United States District Judge

RLF1-3269366-1

# CERTIFICATION PURSUANT TO
# DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Defendant has consulted and exchanged correspondence with counsel for Plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and has determined that Plaintiffs are opposed to the relief sought in the attached motion.

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com