IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYMBOL TECHNOLOGIES, INC., and
WIRELESS VALLEY COMMUNICATIONS,
INC.,

        Plaintiffs,

    v.

ARUBA NETWORKS, INC.,

        Defendant.

C. A. No. 07-519-JJF

## NOTICE OF MOTION

TO:    Richard L. Horowitz        Eric J. Lobenfeld
        David E. Moore             Ira J. Shaefer
        Potter, Anderson & Corroon, LLP    Lawrence Brocchini
        Hercules Plaza, 6th Floor        Arun Chandra
        1313 N. Market Street           Hogan & Hartson, L.L.P
        Wilmington, DE 19801          875 Third Avenue
                                        New York, NY 10022

PLEASE TAKE NOTICE that Defendant Aruba Networks, Inc.'s Motion To Stay

Pending Reexamination Of The Patents-In-Suit will be presented to the Court on May 9, 2008, at

10:00 a.m.

Of Counsel:

Matthew D. Powers
Brandon C. Conard
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Nicholas Groombridge
Paul E. Torchia
Etai Lahav
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

Dated: April 4, 2008

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

*Attorney for Defendant*
*ARUBA NETWORKS, INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008,  I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and which has also been served as noted:


**VIA HAND DELIVERY**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801


**VIA FEDERAL EXPRESS**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022


/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com