

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 5, 2008

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

<span style="padding-left:2em">Re:</span>   <u>Symbol Technologies, Inc., et al v. Aruba Networks, Inc.
       C.A. No. 07-519-JJF</u>

Dear Judge Farnan:

     In anticipation of the May 7, 2008 Scheduling Conference, submitted herewith on behalf of the parties is a proposed scheduling order for Your Honor's consideration. As the Court will see, where the parties disagree, Plaintiffs' position is noted first, in bold roman font, while Defendant's position is noted in bold italics. We look forward to discussing this proposed order with the Court.

<div style="padding-left:20em">
Respectfully submitted,

/s/ *Richard L. Horwitz*

Richard L. Horwitz
</div>

RLH/msb
863029 / 32106

<span style="padding-left:2em">cc:</span>   Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)