IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | : | |
| VALLEY COMMUNICATIONS, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 07-519 JJF |
| | : | |
| ARUBA NETWORKS, INC., | : | |
| | : | |
| Defendant. | : | |

**RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under

Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will

exchange by **May 23, 2008** the information required by Fed. R. Civ.

P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join

other parties shall be filed on or before **September 2, 2008.**

3. **Settlement Conference.** Pursuant to 28 U.S.C. §636,

this matter is referred to Magistrate Judge Stark for the

purposes of exploring the possibility of a settlement. If the

parties agree that they would benefit from a settlement

conference, the part shall contact the Magistrate Judge to

schedule a settlement conference so as to be completed no later

than the Pretrial Conference or a date ordered by the Court.

4.  **Discovery**.

(a) Exchange and completion of contention
interrogatories, identification of fact witnesses and document
production shall be commenced so as to be completed by **August 15,
2008**.

(b) Maximum of **50** interrogatories, including
contention interrogatories, for each side.

(c) Maximum of **100** requests for admission by each
side.

(d) Maximum of **70** hours of fact depositions by
plaintiff(s) and **70** hours by defendant(s), excluding expert
depositions.  Depositions shall not commence until the discovery
required by Paragraph 4(a, b and c) is completed. Non-party
depositions may commence before the discovery required by
Paragraph 4(a, b and c)(former employees of parties and inventors
of the patents-in-suit shall not be considered non-parties for
purposes of this provision).  All discovery pursuant to Paragraph
4 (a, b, c and d) shall be completed by **December 1, 2008**.

(e) Reports from retained experts required by Fed.
R. Civ. P. 26(a)(2) are due from the party with the burden of
proof on the issue the expert is offered thirty (30) days after
the issuance of the Court's Markman decision.  Rebuttal Reports
are due thirty (30) days after service of the opening reports.

(f) Any party desiring to depose an expert witness
shall notice and complete said deposition no later than thirty

(30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

     5.  **Non-Case Dispositive Motions.**

     (a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion.  The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard.  The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard.  Available motion dates will be posted on the Court's website at:
http://www.ded.uscourts.gov/JJFmain.htm

     (b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

     (c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at:
jjf_civil@ded.uscourts.gov

     6.  **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before **September 2, 2008**.

     7.  **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **May 15, 2009 or 120 days** after the Markman decision whichever is the

latter.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.  The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at:

http://www.ded.uscourts.gov/JJFmain.htm

8.  **Markman.**  A Markman Hearing, if necessary, will be held on **February 2, 2009** at 3:00 p.m.  The parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms, inculding citations to the intrinsic record supporting that construction, on **November 21, 2008.**  Subsequent to the exchange of such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement.  The parties shall agree upon and file the Joint Claim Construction Statement on **December 23, 2008.** Simultaneous response briefs should be filed by **January 9, 2009.** The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

9.  **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February

1, 2008 Order on procedures for filing non-dispositive motions in patent cases.  Briefs shall be limited to no more than ten (10) pages.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

 (b) No facsimile transmissions will be accepted.

 (c) No telephone calls shall be made to Chambers.

 (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

 10. **Pretrial Conference and Trial.**

 (a) A Pretrial Conference will be held on **October 8, 2009 at 12:00 p.m.**, in Courtroom NO. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

 (b) Trial will commence at **9:30 a.m. on Monday, January 11, 2010.**

May 9, 2008
DATE

UNITED STATES DISTRICT JUDGE