IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>ARUBA NETWORKS, INC.,<br><br>   Defendant. | C.A. No. 07-519-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 16, 2008, true and correct copies of Aruba Networks, Inc.'s First Set Of Interrogatories and First Set Of Requests For The Production Of Documents And Things to Plaintiffs were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P
875 Third Avenue
New York, NY 10022

RLF1-3284298-1

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

*Attorneys for Defendant*
*Aruba Networks, Inc.*

OF COUNSEL:

Matthew D. Powers
Brandon C. Conard
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Nicholas Groombridge
Paul E. Torchia
Etai Lahav
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

Dated: May 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA E-MAIL**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3269867-1