IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Symbol Technologies Inc., <br> Valley Communications, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Aruba Networks, Inc., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Civ. No. 07-519-JJF <br> : <br> : <br> : <br> : |

## ORDER

A teleconference having been held at Wilmington on the **21st** day of **May 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **October 1, 2008 at 10:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE