IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARUBA NETWORKS, INC., <br><br> Defendant. | C.A. No. 07-519-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 23, 2008, true and correct copies of Aruba Networks, Inc.'s Initial Disclosures were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P
875 Third Avenue
New York, NY 10022

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Defendant*
*Aruba Networks, Inc.*

OF COUNSEL:

Matthew D. Powers
Brandon C. Conard
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Nicholas Groombridge
Paul E. Torchia
Etai Lahav
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000


Dated: May 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**Via Hand Delivery and Electronic Mail**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)

Date: May 23, 2008

RLF1-3286436-1