IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARUBA NETWORKS, INC., <br><br> Defendant. | C.A. No. 07-519-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 9, 2008, true and correct copies of Aruba Networks, Inc.'s Responses And Objections To Plaintiffs' First Set Of Interrogatories and Objections And Responses To Plaintiffs' First Set Of Requests For The Production Of Documents And Things were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Richard L. Horowitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P
875 Third Avenue
New York, NY 10022

| | |
|---|---|
| OF COUNSEL:<br>Matthew D. Powers<br>Brandon C. Conard<br>Weil, Gotshal & Manges LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>Nicholas Groombridge<br>Paul E. Torchia<br>Etai Lahav<br>Weil, Gotshal & Manges LLP<br>New York Office<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000<br><br>Dated: June 9, 2008 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Defendant*<br>*Aruba Networks, Inc.* |

RLF1-3284298-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA E-MAIL & HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA E-MAIL**

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022
ejlobenfeld@hhlaw.com
ijschaefer@hhlaw.com
lbrocchini@hhlaw.com
achandra@hhlaw.com

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com