IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware Corporation,<br><br>   Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ARUBA NETWORKS, INC., a Delaware Corporation,<br><br>   Defendant and Counter-Claimant. | )<br>)<br>)<br>)<br>) C. A. No. 07-519-JJF<br>)<br>)<br>)<br>) JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR AMENDMENT OF SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Rule 16 Scheduling Order entered by the Court on May 9, 2008, (D.I. 37) be amended to reflect the following dates:

1) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **October 15, 2008**;

2) All discovery pursuant to Paragraphs 4 (a, b, c, and d) shall be completed by **January 30, 2009**.

No other modification is made to any remaining provision or deadline in the Court's Rule 16 Scheduling Order, dated May 9, 2008.

RLF1-3298626-1

| | |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Frederick L. Cottrell, III* |
| Richard L. Horwitz, (#2246) | Frederick L. Cottrell, III (#2555) |
| David E. Moore (#3983) | Richards, Layton & Finger, P.A. |
| Potter Anderson & Corroon, LLP | One Rodney Square |
| Hercules Plaza, 6th Floor | P.O. Box 551 |
| 1313 N. Market Street | Wilmington, Delaware 19899 |
| Wilmington, Delaware 19807 | (302) 651-7700 |
| (302) 984-6000 | cottrell@rlf.com |
| rhorwitz@potteranderson.com | *Attorney for Defendant* |
| dmoore@potteranderson.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge