IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware Corporation,<br><br>        Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ARUBA NETWORKS, INC., a Delaware corporation,<br><br>        Defendant and Counter-Claimant. | C. A. No. 07-519-JJF<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Brandon C. Conard formerly of Weil, Gotshal & Manges LLP as one of the attorneys of record for Defendant and Counter-Claimant Aruba Networks, Inc. in this matter.

Of Counsel:

MATTHEW D. POWERS
VERNON M. WINTERS
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

PAUL E. TORCHIA
ETAI LAHAV
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

Dated: July 10, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

*Attorneys for Defendant and Counter-Claimant
ARUBA NETWORKS, INC.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. N. Market Street
Wilmington, DE  19801

I hereby certify that on July 10, 2008 I transmitted the document by Federal Express to the following non-registered participant:

**VIA FEDERAL EXPRESS**
Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022

_/s/ Frederick L. Cottrell, III_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

-2-

RLF1-3301016-1