IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, and WIRELESS VALLEY COMMUNICATIONS, INC., a Delaware Corporation,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ARUBA NETWORKS, INC., a Delaware corporation,<br><br>    Defendant and Counter-Claimant. | C. A. No. 07-519-JJF<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF MOTION

TO:  Richard L. Horwitz      Eric J. Lobenfeld
    David E. Moore       Ira J. Schaefer
    Potter Anderson & Corroon LLP  Lawrence Brocchini
    Hercules Plaza, 6th Floor     Arun Chandra
    1313 N. N. Market Street     Hogan & Hartson L.L.P.
    Wilmington, DE 19801      875 Third Avenue
                      New York, NY 10022

  PLEASE TAKE NOTICE that Defendant Aruba Networks, Inc.'s Motion for Leave To Amend Its Answer and For Leave To Serve Counterclaims on Motorola, Inc. will be presented to the Court on Friday, September 12, 2008 at 10:00 a.m.

-2-

Of Counsel:

MATTHEW D. POWERS
VERNON M. WINTERS
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

PAUL E. TORCHIA
ETAI LAHAV
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

Dated: July 16, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

*Attorneys for Defendant and Counter-Claimant
ARUBA NETWORKS, INC.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. N. Market Street
Wilmington, DE  19801

I hereby certify that on July 16, 2008 I transmitted the document by Federal Express to the following non-registered participant:

**VIA FEDERAL EXPRESS**
Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com