

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf com

July 16, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

      Re:      **Symbol Technologies, Inc., et al. v. Aruba Networks, Inc.
             C.A. No. 07-519-JJF**

Dear Judge Farnan:

      We write on behalf of Defendant and Counterclaimant Aruba Networks, Inc. ("Aruba") in the above-referenced matter. Aruba today filed a Motion for Leave to Amend Its Answer and for Leave to File Counterclaims Against Motorola, Inc. (the "Motion"). Aruba seeks leave to assert two of its own patents against the Plaintiffs, and to join their parent, Motorola, as a counterclaim defendant. Accompanying the Motion was Aruba's Notice of Motion, which scheduled the motion to be heard on the Court's next non-dispositive motion date, *i.e.*, September 12, 2008.

      Given the significance of the issues in the Motion, Aruba writes to respectfully request Your Honor schedule a hearing on its Motion for a date within the next few weeks. The primary reason for our request is that quick resolution of this issue will define the parties in the action and the patents-at-issue early in the case, would enable the parties to proceed on all issues now, and would avoid any risk that the parties or the Court would need to duplicate efforts later.

      Accordingly, Aruba respectfully requests the Court schedule a hearing on the Motion at the earliest possible date convenient to the Court and counsel. Should Your Honor have any questions or concerns regarding the Motion or the foregoing request, counsel are available at the Court's convenience.

                                            Respectfully,

                                            */s/ Frederick L. Cottrell, III*

                                            Frederick L. Cottrell, III
                                            (#2555)

July 16, 2008
Page 2


FLC,III/afg
cc:   Clerk of the Court (via hand delivery)
      Richard L. Horwitz, Esq. (via email)
      David E. Moore, Esq. (via email)
      Eric J. Lobenfeld, Esq. (via email)
      Paul Torchia, Esq. (via email)

RLF1-3303326-1