

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

July 17, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Symbol Technologies, Inc., et al v. Aruba Networks, Inc.**
              **C.A. No.  07-519-JJF**

Dear Judge Farnan:

    We write on behalf of Plaintiffs in the above-referenced matter, and in response to the July 16, 2008 letter to the Court from Frederick L. Cottrell, III, counsel for defendant Aruba Networks, Inc. ("Aruba").  Last night, Aruba filed a Motion to Amend the Answer and Counterclaim in this action; Mr. Cottrell's letter asked that the Court expedite a hearing on that motion, which is currently scheduled for September 12, pursuant to Your Honor's Motion Day Schedule.  Without expedited treatment, pursuant to the Local Rules, and as confirmed in a docket item entered this morning, Plaintiffs' opposition papers are due on August 4, 2008.

    In those opposition papers, Plaintiffs intend to explain fully why the Motion to Amend should be denied.  Suffice to say in this letter, that while Aruba has styled it a Motion to Amend, it is in fact no such thing.  Rather, Aruba seeks to inject into this existing lawsuit (which concerns Plaintiffs' patents), infringement claims on two of Aruba's completely separate and unrelated patents, which have never been part of this case and which were never even identified to Plaintiffs by Aruba.  In other words, Aruba does not seek to amend this case at all but to commence a brand new patent infringement case on two of its own patents, and inject those brand new claims into the existing case which has already been pending for almost a year.  Plaintiffs respectfully submit that there is no reason for expedited hearing on Aruba's motion.

                                  Respectfully submitted,

                                  /s/ *Richard L. Horwitz*

                                Richard L. Horwitz

RLH/msb
874726 / 32106
  cc:    Clerk of the Court (via hand delivery)
             All Counsel of Record (via electronic mail)