

**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 21, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Symbol Technologies, Inc., et al v. Aruba Networks, Inc.
            C.A. No. 07-519-JJF**

Dear Judge Farnan:

    Enclosed for Your Honor's consideration is the parties proposed Protective Order. The parties have agreed on almost all terms of the order. The lone remaining dispute relates to Paragraph 13, which deals with the protections and procedures applicable to source code. Despite repeated meet and confers on this provision, the parties have been unable to resolve their dispute. As such, the parties respectfully request a telephone or in-person conference with Your Honor so that this dispute may be resolved.

    Counsel are available at the Court's convenience should Your Honor have any questions.

                      Respectfully submitted,

                      */s/ David E. Moore*

                      David E. Moore

RLH/msb
874972 / 32106

Enclosure
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)