**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SYMBOL TECHNOLOGIES, INC., and WIRELESS VALLEY COMMUNICATIONS, INC.,

Plaintiffs,

v.

ARUBA NETWORKS, INC.,

Defendant.

C.A. No. 07-519-JJF

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 11, 2008, true and correct copies of First Supplemental Initial Disclosures of Aruba Networks, Inc. Pursuant to Fed. R. Civ. P. 26(a)(1) were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail**

Eric J. Lobenfeld
Ira J. Shaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P
875 Third Avenue
New York, NY 10022

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*Aruba Networks, Inc.*

OF COUNSEL:
Matthew D. Powers
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Nicholas Groombridge
Paul E. Torchia
Etai Lahav
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

Dated: August 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA E-MAIL & HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA E-MAIL**

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Arun Chandra
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022
ejlobenfeld@hhlaw.com
ijschaefer@hhlaw.com
lbrocchini@hhlaw.com
achandra@hhlaw.com

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com