```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

SYMBOL TECHNOLOGIES, INC.,     :
and WIRELESS VALLEY COMM.,     :
INC.,                          :
                               :
      Plaintiffs,           :
                               :
  v.                           : Civil Action No. 07-519-JJF
                               :
ARUBA NETWORKS, INC.,          :
                               :
      Defendant.            :

**<u>MEMORANDUM ORDER</u>**

    Defendant, Aruba Networks, Inc. ("Aruba") has filed a Motion For Leave To Amend Its Answer and For Leave to Serve Counterclaims On Motorola, Inc. (D.I. 52). Aruba contends that the proposed amendments, although adding two patents to the case, will not significantly add to the discovery and litigation burdens of the parties.

    Symbol Technologies, Inc. ("Symbol") and Wireless Valley Communications, Inc. ("Wireless Valley")(collectively "Plaintiffs") oppose the motion on the ground that there will be an increase in work in this litigation, and therefore, Aruba should be required to file a separate action.

    The Court recognizes that the disputes asserted in this litigation arise from transactions involving Motorola's, Symbol's and Wireless Valley's sales of accused infringing products. All the parties and evidence necessary to resolve any dispute are available through the instant litigation. The Court also accepts Aruba's representation concerning the limited amount of

additional discovery the new claims will add to the case.  For these reasons, the motion will be granted.

NOW THEREFORE, IT IS HEREBY ORDERED that Aruba's Motion For Leave To Amend Its Answer and For Leave to Serve Counterclaims On Motorola, Inc. (D.I. 52) is **GRANTED**.

_September 8, 2008_
            DATE

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE